UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAWAN T. CAMPBELL,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES NAVY, RANDY L. TEWS,<br><br>    Respondents. | CASE NO. CV 14-6554-RGK (AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed.

Dated: June 18, 2015

*/s/ Gary Klausner*
_____
R. Gary Klausner
United States District Judge